HOWARD J. KRAMER, Appellant, v. GENEVIEVE KRAMER, Respondent.— In an action by plaintiff for a separation in which the defendant set up a counterclaim for a separation on the ground of cruel and inhuman treatment, order denying plaintiff's motion for a reduction of temporary alimony as fixed in a prior order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

LIZZIE LANDRI, as Executrix, etc., of EMANUELA VILLANO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— In an action to recover upon a life insurance policy, judgment of the City Court of Yonkers in favor of the plaintiff, entered upon a verdict directed by the court, unanimously affirmed, with costs. No opinion. Appeal from order denying defendant's motion to set aside the verdict and for a new trial dismissed. There is no such order in the record. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

YVONNE ALEXANDRINE LEBARON, Respondent, v. AUGUSTE BARTOLI and Others, as Ancillary Administrators with the Will Annexed, etc., of FRANCOIS COTY, Deceased, Appellants.— Action upon a contract completely performed by the plaintiff and breached by the original defendant, Coty, deceased. Order and order as resettled denying a motion to vacate the judgment and the warrant of attachment herein affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

EDITH S. LEFTIK, Respondent, v. MAX SCHWARTZ, Defendant, and JOSEPH A. TEPERSON, Appellant.— Action to recover damages for personal injuries. Order denying, on condition, motion to dismiss for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

ELLIS LEVINE, Respondent, v. LUCIEN LELONG and JOSEPH S. STEIN, Appellants, and NELSON MORRIS, Defendant.— Action for damages for breach of an oral contract of employment for a period of one year. The defense was that the hiring was at will. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

ANTHONY MANNARINO, Respondent, v. FRANK WRIGHTMAN, Appellant.— In an action brought to recover damages for personal injuries, sustained by plaintiff through the alleged negligence of defendant in operating his automobile, order granting defendant's motion to dismiss this action for lack of prosecution unless the case is noticed for the May, 1936, term, affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.